**Synopsis**

| | |
|---|---|
| **Name:** | **Sarah Nale** |
| **Address:** (City & State Only) | **Waterville, Maine** |
| **Year of Birth and Age:** | **1975/49** |
| **Violations:** | **Count 1:** Wire Fraud, 18 U.S.C. 1343 (Class C Felony, 18 U.S.C. § 3559(b)(3)). |
| **Penalties:** | **Count 1:** Not more than 20 years imprisonment; a fine of the greater of twice the gross gain, twice the gross loss, or $250,000; or both imprisonment and a fine. 18 U.S.C. §§1343, 3571(b)(3) & 3571(d). |
| **Supervised Release:** | **Counts 1:** Not more than 3 years. 18 U.S.C. §3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** 2 years; 18 U.S.C.§ 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** 3 years, less any term of imprisonment imposed upon revocation of supervised release; 18 U.S.C.§ 3583(h). |
| **Defendant's Attorney:** | **David Bate, Esq.** |
| **Primary Investigative Agency and Case Agent Name:** | **Jose Rodriguez-Aguilar, FBI** |
| **Detention Status:** | Notice to Counsel |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Kennebec |
| **AUSA:** | Ruge |
| **Guidelines apply?   Y/N** | Y |
| **Victim Case:** | Y |
| **Corporate Victims Owed Restitution? Y/N** | Y |
| **Assessments:** | **$100 per count, 18 U.S.C. § 3013** |